# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CYNTHIA CINALLI AND JEFFREY
PUCKETT

VERSUS

OLD REPUBLIC INSURANCE
COMPANY, WORKBOX, LLC,
LAKEISHIA SEPTS, GOAUTO
INSURANCE COMPANY, SHERYL
LANDS, AND PROGRESSIVE
SECURITY INSURANCE COMPANY

NO.  2026 CW 0011

**MAY 18, 2026**

---

In Re:    Certain Underwriters at Lloyd's London, applying for
          supervisory writs, 18th Judicial District Court,
          Parish of West Baton Rouge, No. 1046807.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to comply
with Rule 4-5(C)(6) of the Uniform Rules of Louisiana Courts of
Appeal, as it failed to include a copy of the judgment.

Supplementation of this writ application and/or an
application of rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation,
including the missing items noted herein, and must comply with
Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any
new application must be filed on or before June 17, 2026, and
must contain a copy of the ruling.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT